Brian C. Hickman, OSB No. 031096
bhickman@gordon-polscer.com
Joshua E. Tabak, OSB No. 214668
jtabak@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road
Suite 560
Tigard, Oregon 97223
Telephone:     (503) 242-2922
Facsimile:      (503) 242-1264

*Attorneys for Plaintiff*
*Penn-Star Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ACTIVE PROPERTY SERVICE, MATTHEW FITZSIMMONS, TARA C. BLACK, and JOHN DOES I-IV,<br><br>                    Defendants. | Case No. 1:22-cv-01706-CL<br><br>PENN-STAR INSURANCE COMPANY'S NOTICE OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff PENN-STAR INSURANCE COMPANY submits this Notice of Dismissal, dismissing each of the remaining Defendants[1], ACTIVE PROPERTY SERVICE, MATTHEW FITZSIMMONS, and JOHN DOES I-IV with no fees or costs owing to any Party.

---

[1] Defendant Tara C. Black was dismissed previously.

At this time, no Defendant has served an answer or motion for summary judgment in this matter and this matter can be closed on the Court's registry.

DATED this 14th Day of November, 2023.

Respectfully Submitted:

**GORDON & POLSCER, L.L.C.**

By: *s/ Brian C. Hickman*
Brian C. Hickman, OSB No. 031096
E-mail: bhickman@gordon-polscer.com

By: *s/ Joshua E. Tabak*
Joshua E. Tabak, OSB No. 214668
E-mail: jtabak@gordon-polscer.com

*Attorneys for Plaintiff*
*Penn-Star Insurance Company*